UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VINCENT HUNT, II,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RICOLCOL,<br><br>　　　　　Respondent. | Case No. 5:25-cv-00341-JWH (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed.[1]  In view of those materials, the Court hereby **ORDERS** as follows:

1. The findings and conclusions of the Magistrate Judge in the Report and Recommendation are **ACCEPTED**.

2. Judgment shall be entered **DISMISSING** this action **with prejudice**.

3. The Clerk is **DIRECTED** to serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**IT IS SO ORDERED.**

Dated: October 2, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] The Notice of Filing Report and Recommendation and the Report and Report and Recommendation, filed on August 25, 2025, were returned to the Court as undeliverable mail on September 8, 2025. (*See* Dkt. Nos. 21 & 22.)  On September 11, 2025, the Court issued an order requiring Petitioner to provide the Court with his current address and telephone number within ten days. (Dkt. No. 23.)  To date, Petitioner has not provided an updated address or otherwise communicated with the Court.