JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN VINCENT HUNT, II,<br><br>         Petitioner,<br><br>     v.<br><br>WARDEN RICOLCOL,<br><br>         Respondent. | Case No. 5:25-cv-0341-JWH (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

Dated: October 2, 2025

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE